IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIM HIGGINBOTHAM,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

CASE NO. 1D15-5046

Opinion filed February 9, 2016.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Tim Higginbotham, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., CONCUR.